IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DEKOTA JAMES MCCLURE, | CV-24-109-BLG-BMM |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF BILLINGS POLICE DEPARTMENT, CHIEF ST. JOHN, DET. DONAHUE, AND UNKNOWN DETECTIVE, | |
| Defendants. | |

Plaintiff Dekota James McClure, proceeding without counsel, filed a proposed Complaint. (Doc. 2.) The Complaint failed to state a claim, but McClure was given the opportunity to amend. (Doc. 9.) Despite detailed instruction in the Court's prior Order as to the deficiencies in the original Complaint, McClure's Amended Complaint likewise fails to state a claim. For the reasons outlined in the prior Order, incorporated here by reference, and for failure to state a claim, McClure's Amended Complaint is dismissed. (Doc. 8.)

Accordingly, it is HEREBY ORDERED:

1. This action is DISMISSED. The Clerk of Court is directed to close the

case and enter judgment.

    2.    The Clerk of Court shall have the docket reflect that this dismissal counts as a strike against McClure within the meaning of 28 U.S.C. § 1915. The Court certifies that appeal of this matter would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

    DATED this 23rd day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Court